Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
James Donald Doughty

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| JAMES DONALD DOUGHTY, | Case No.: 1:17-cv-01468-GSA |
| Plaintiff, | STIPULATION AND ORDER FOR DISMISSAL |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between James Donald Doughty ("Plaintiff") and Nancy A. Berryhill as the Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social

///

-1-

1 | Security ("Defendant"), that this matter be dismissed with prejudice, each party to
2 | bear its own fees, costs, and expenses. The parties enter into this stipulation
3 | pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring
4 | no separate order of the Court.

DATE: May 16, 2018     Respectfully submitted,

                LAW OFFICES OF LAWRENCE D. ROHLFING

                    /s/ *Denise Bourgeois Haley*
BY:_____
    Denise Bourgeois Haley
    Attorney for plaintiff James Donald Doughty

DATE: May 16, 2018     McGREGOR W. SCOTT
                              United States Attorney

                              /s/ *Beatrice Na*
                          _____
                              BEATRICE NA
                              Special Assistant United States Attorney
                              Attorneys for Defendant Nancy A. Berryhill,
                              Acting Commissioner of Social Security
                              (Per e-mail authorization)

## ORDER

Pursuant to the parties' stipulation (Doc. 13), this case is dismissed pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B). Each party shall bear its own fees, costs, and expenses. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

    Dated: **June 8, 2018**          **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE